United States District Court
Southern District of Texas
**ENTERED**
October 16, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EVIA C. OSAZUWA,<br>*Plaintiff,*<br><br>V.<br><br>WALGREENS,<br>*Defendant* | §<br>§<br>§  CIVIL ACTION NO. 4:23cv4852<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated September 24, 2025 (Dkt. 34) and Plaintiff's objections (Dkt. 35) the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court. This case is **DISMISSED WITH PREJUDICE.**

The Court will enter a separate Final Judgment.

**SIGNED** at Houston, Texas this 15th day of October, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE