United States District Court
Southern District of Texas
**ENTERED**
February 12, 2026
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| EVIA C. OSAZUWA,<br>*Plaintiff,*<br><br>V.<br><br>WALGREENS,<br>*Defendant* | §<br>§<br>§   CIVIL ACTION NO. 4:23cv4852<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Amended Memorandum and Recommendation dated January 27, 2026 (Dkt. 44) and Plaintiff's objections letter (Dkt. 46), the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that Plaintiff's objections are overruled and the Magistrate Judge's Amended Memorandum and Recommendation is hereby **ADOPTED** by this Court.

**SIGNED** at Houston, Texas this ___12th___ day of February, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE